UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY PIANKA, et al. | 2003 DEC 19 P 2: 10 |
| *Plaintiffs* | |
| | CIVIL ACTION NO. U.S. DISTRICT COURT |
| VS. | 3:01 CV 153 (AWT) HARTFORD, CT. |
| CHRISTOPHER MANNING; et al. | |
| *Defendants* | DECEMBER 18, 2003 |

## MOTION TO WITHDRAW APPEARANCE AS COUNSEL FOR PLAINTIFFS

The undersigned counsel for the plaintiff hereby moves for permission to withdraw his appearance. In support hereof, the undersigned states as follows:

1. I filed my appearance as an associate attorney with the firm retained by the plaintiffs.

2. As of January 2, 2004, I will no longer be employed by said firm as I am opening my own practice in Gales Ferry, Connecticut.

WHEREFORE, the undersigned requests that this motion be granted.

THE PLAINTIFFS

BY: _____
T.J. Morelli-Wolfe
Fed. Bar No. ct22688
JON L. SCHOENHORN & ASSOC.
97 Oak Street
Hartford, CT 06106
Tel. (860) 278-3500

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid, on the date of this pleading to the following counsel of record:

James J. Szerejko
Halloran & Sage, LLP
One Goodwin Square
Hartford, CT 06103

T.J. Morelli-Wolfe

F:\SHARED\CLIENTS\Pianka-Cruz\Pleadings\withdraw.tjw