```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
-------------------------------x
                               :
JEFFREY PIANKA and PEDRO CRUZ, :
                               :
     Plaintiffs,               :
                               :
v.                             :    Civil No. 3:01CV00153(AWT)
                               :
CHRISTOPHER MANNING, CARLOS    :
OCASIO and FELIX ORTIZ,        :
                               :
     Defendants.               :
                               :
-------------------------------x
```

## ENDORSEMENT ORDER

For the reasons set forth below, plaintiff Pedro Cruz's Motion for Partial Summary Judgment (Doc. No. 29) is hereby DENIED.

The plaintiff seeks partial summary judgment as to his claims for unlawful entry of his dwelling set forth in his Second, Fourth and Fifth Causes of Action. As is discussed in the court's Ruling on the Defendants' Motion for Summary Judgment, of even date, genuine issues of material fact exist as to whether this was an incident that could fall within the definition of "family violence" and/or whether exigent circumstances existed for some other reason.

It is so ordered.

Dated this 26th day of May, 2005, at Hartford, Connecticut.

                                    /s/AWT
                              _____
                                 Alvin W. Thompson
                              United States District Judge