## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY PIANKA and PEDRO CRUZ, | : | |
|     Plaintiffs | : | CIVIL ACTION NO. |
| | : | 3:01 CV 153 (AWT) |
| VS. | : | |
| | : | |
| CHRISTOPHER MANNING; CARLOS | : | |
| OCASIO; and FELIX ORTIZ, | : | |
|     Defendants | : | JULY 14, 2005 |

### PLAINTIFFS' REQUEST FOR SETTLEMENT CONFERENCE

Pursuant to Federal Rules of Civil Procedure 16 and 26(f), and Local Rules of Civil Procedure 16(b) & (c),the plaintiffs hereby request that the court schedule a settlement conference in the near future to determine whether this matter may be resolved short of trial. In support hereof, the plaintiffs note that the court recently denied the defendants' motion for summary judgment, and the time for the defendants to file an interlocutory appeal has passed. Furthermore, the plaintiffs note that settlement efforts may be more difficult once the additional time and cost of preparing necessary trial memoranda, marking exhibits and drafting jury instructions, is factored in.

Dated at Hartford, CT this 14th day of July, 2005.

                                            THE PLAINTIFFS,

                                            By:    /s/ Jon L. Schoenhorn
                                                   Jon L. Schoenhorn
                                                   Schoenhorn & Associates
                                                   Their Attorneys

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid, to the following counsel of record, on this 14th day of July, 2005:

James J. Szerejko, Esq.
Halloran & Sage, LLP
One Goodwin Square
Hartford, CT 06103

/s/ Jon L. Schoenhorn
Jon L. Schoenhorn

F:\SHARED\CLIENTS\Pianka-Cruz\Pleadings\settlemt-conf-request.wpd