**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
JEFFREY PIANKA and PEDRO CRUZ,:
                              :
     Plaintiffs,              :
                              :
v.                            :    Civil No. 3:01CV00153 (AWT)
                              :
CHRISTOPHER MANNING, CARLOS   :
OCASIO, and FELIX ORTIZ,      :
                              :
     Defendants.              :
                              :
------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

      This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

_____All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

_____A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

_____A ruling on the following motion(s), which is/are currently pending:_____ (orefm.)

 X\_\_\_A settlement conference (orefmisc./cnf)

_____Other:_____(orefmisc./misc)

      It is so ordered.

      Dated this 21st day of July, 2005, at Hartford, Connecticut.

                              /s/AWT


_____      _____
                              Alvin W. Thompson
                              United States District Judge