

FILED

2005 JUL 15 A 10: 59

U.S. DISTRICT COURT
HARTFORD, CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY PIANKA and PEDRO CRUZ, <br> Plaintiffs | CIVIL ACTION NO. <br> 3:01 CV 153 (AWT) |
| VS. | |
| CHRISTOPHER MANNING; CARLOS OCASIO; and FELIX ORTIZ, <br> Defendants | JULY 14, 2005 |

### PLAINTIFFS' REQUEST FOR SETTLEMENT CONFERENCE

Pursuant to Federal Rules of Civil Procedure 16 and 26(f), and Local Rules of Civil Procedure 16(b) & (c), the plaintiffs hereby request that the court schedule a settlement conference in the near future to determine whether this matter may be resolved short of trial. In support hereof, the plaintiffs note that the court recently denied the defendants' motion for summary judgment, and the time for the defendants to file an interlocutory appeal has passed. Furthermore, the plaintiffs note that settlement efforts may be more difficult once the additional time and cost of preparing necessary trial memoranda, marking exhibits and drafting jury instructions, is factored in.

Dated at Hartford, CT this 14th day of July, 2005.

THE PLAINTIFFS,

By: _____
Jon L. Schoenhorn
Schoenhorn & Associates
Their Attorneys

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT  7/21/05

01CV153END49

JON L. SCHOENHORN & ASSOCIATES
ATTORNEYS AT LAW
97 OAK STREET ■ HARTFORD, CT 06106 ■ TEL. (860) 278-3500 ■ JURIS NO. 406505 ■ FEDERAL BAR NO. ct 00119