UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY PIANKA; | : | |
| PEDRO CRUZ; | : | |
|     Plaintiffs | : | CIVIL ACTION NO. |
| | : | 3:01 CV 153 (AWT) |
| VS. | : | |
| | : | |
| CHRISTOPHER MANNING; | : | |
| CARLOS OCASIO; | : | |
| FELIX ORTIZ; | : | |
|     Defendants | : | AUGUST 31, 2005 |

**MOTION BY CONSENT, NUNC PRO TUNC, TO ENLARGE
THE TIME WITHIN WHICH PARTIES ARE TO FILE
JOINT TRIAL MEMORANDUM**

    The defendants, Christopher Manning, Carlos Ocasio and Felix Ortiz, joined by the plaintiffs, Jeffrey Pianka and Pedro Cruz, respectfully request an enlargement of time of sixty (60) days, to and including November 6, 2005, within which they are to file the Joint Trial Memorandum, and state that same is for good cause as follows.

    This matter has been held in abeyance awaiting the Court's ruling on Motions for Summary Judgment filed by the plaintiffs and defendants herein. Upon the Court ruling on these respective motions, the plaintiffs filed a motion requesting that a settlement conference be scheduled, and that motion was granted.

    As a result, this Court has referred this matter to Magistrate Judge Martinez for purposes of conducting a settlement conference. Pursuant to Magistrate Judge

05645.0604

One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103  
Fax (860) 548-0006  
Juris No. 26105

Martinez's order, the parties prepared and filed a Joint Mediation Report on August 10, 2005. It is anticipated that a settlement conference will be scheduled in the near future.

As there undoubtedly will be many hours required in preparing the Joint Trial Memorandum, and attorneys' fees will be increased as a result thereof, all parties agree that it would be prudent to appropriately delay the filing of this document, until they have had the benefit of participating in a good-faith effort to resolve this complex matter.

Counsel for the plaintiffs has been contacted concerning this motion, and he has no objection to same.

This is the _first_ request by the defendants, joined by the plaintiffs, to enlarge the time within which to file the Joint Trial Memorandum.

WHEREFORE, for the foregoing reasons, the defendants and plaintiffs respectfully request that the time for filing the Joint Trial Memorandum be enlarged for the reasons stated herein.

05645.0604

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANTS:
CHRISTOPHER MANNING;
CARLOS OCASIO; AND
FELIX ORTIZ

BY:_____
James J. Szerejko
Fed. Bar No. ct 04326
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT  06103
Tele: (860) 522-6103
szerejko@halloran-sage.com

## CERTIFICATION

This is to certify that on this 31st day of August, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

Jon L. Schoenhorn, Esq.
T.J. Morelli-Wolfe, Esq.
Schoenhorn & Associates
97 Oak Street
Hartford, CT 06106

_____
James J. Szerejko

727880.1(HS-FP)

05645.0604

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105