UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 SEP -2 A 11:

JEFFREY PIANKA;
PEDRO CRUZ;
    Plaintiffs

VS.

CHRISTOPHER MANNING;
CARLOS OCASIO;
FELIX ORTIZ;
    Defendants

: CIVIL ACTION NO.
: 3:01 CV 153 (AWT)
:
:
:
:
:
: AUGUST 31, 2005

Extension GRANTED, absent objection, to and including November 6, 2005. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT

### MOTION BY CONSENT, NUNC PRO TUNC, TO ENLARGE THE TIME WITHIN WHICH PARTIES ARE TO FILE JOINT TRIAL MEMORANDUM

The defendants, Christopher Manning, Carlos Ocasio and Felix Ortiz, joined by the plaintiffs, Jeffrey Pianka and Pedro Cruz, respectfully request an enlargement of time of sixty (60) days, to and including November 6, 2005, within which they are to file the Joint Trial Memorandum, and state that same is for good cause as follows.

This matter has been held in abeyance awaiting the Court's ruling on Motions for Summary Judgment filed by the plaintiffs and defendants herein. Upon the Court ruling on these respective motions, the plaintiffs filed a motion requesting that a settlement conference be scheduled, and that motion was granted.

As a result, this Court has referred this matter to Magistrate Judge Martinez for purposes of conducting a settlement conference. Pursuant to Magistrate Judge

05645.0604

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105