UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY PIANKA; | : | |
| PEDRO CRUZ; | : | |
|     Plaintiffs | : | CIVIL ACTION NO. |
| | : | 3:01CV153 (AWT) |
| VS. | : | |
| | : | |
| CHRISTOPHER MANNING; | : | |
| CARLOS OCASIO; | : | |
| FELIX ORTIZ; | : | |
|     Defendants | : | NOVEMBER 3, 2005 |

**MOTION BY CONSENT TO ENLARGE THE TIME WITHIN WHICH
THE PARTIES ARE TO FILE THE JOINT TRIAL MEMORANDUM**

The defendants, Christopher Manning, Carlos Ocasio and Felix Ortiz, joined by the plaintiffs, Jeffrey Pianka and Pedro Cruz, respectfully request an enlargement of time of sixty (60) days, to and including January 9, 2006, within which the parties are to file the Joint Trial Memorandum, and state that same is for good cause as follows.

This matter has been referred to United States Magistrate Judge Martinez for purposes of conducting a settlement conference. A Joint Mediation Report was prepared and filed by the parties on August 10, 2005, as part of the process of scheduling a settlement conference with Magistrate Judge Martinez.

On or about October 11, 2005, a settlement conference with Magistrate Judge Martinez was scheduled and is to occur on December 8, 2005. The present deadline for filing the Joint Trial Memorandum of November 7, 2005, if complied with, would

05645.0604

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

require the parties to incur attorneys' fees in preparing a lengthy Memorandum, given the many transcripts and documents that form possible evidence and exhibits for the trial of this matter. This increase in attorneys' fees would militate against the possible settlement of this action, and all parties agree that it would be prudent to appropriately delay the filing of this document, until they have had the benefit of participating in a good-faith effort to resolve this complex matter at the settlement conference, scheduled for December 8, 2005.

Counsel for the plaintiffs has been contacted this date concerning this motion, and he has no objection to same.

This is the _second_ request by the defendants, joined by the plaintiffs, to enlarge the time within which to file the Joint Trial Memorandum.

WHEREFORE, for the foregoing reasons, the defendants and plaintiffs respectfully request that the time for filing the Joint Trial Memorandum be enlarged for the reasons stated herein.

05645.0604

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

                      DEFENDANTS:
                      CHRISTOPHER MANNING;
                      CARLOS OCASIO; AND
                      FELIX ORTIZ

BY:_____
     James J. Szerejko
     Fed. Bar No. ct 04326
     HALLORAN & SAGE LLP
     One Goodwin Square
     Hartford, CT  06103
     Tele: (860) 522-6103
     szerejko@halloran-sage.com

## **CERTIFICATION**

      This is to certify that on this 3rd day of November, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

Jon L. Schoenhorn, Esq.
T.J. Morelli-Wolfe, Esq.
Schoenhorn & Associates
97 Oak Street
Hartford, CT 06106

_____
James J. Szerejko

752998.1(HS-FP)

05645.0604

- 3 -

One Goodwin Square     HALLORAN     Phone (860) 522-6103
225 Asylum Street     & SAGE LLP     Fax (860) 548-0006
Hartford, CT 06103         Juris No. 26105