FILED

2005 NOV -4  A 11: 15

U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JEFFREY PIANKA;                     :
PEDRO CRUZ;                          :
              Plaintiffs             :      CIVIL ACTION NO.
                                     :      3:01CV153 (AWT)
VS.                                  :
                                     :
CHRISTOPHER MANNING;                 :
CARLOS OCASIO;                       :
FELIX ORTIZ;                         :
              Defendants             :      NOVEMBER 3, 2005

Extension GRANTED, absent objection, to and including January 9, 2006. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  12/1/05

### MOTION BY CONSENT TO ENLARGE THE TIME WITHIN WHICH THE PARTIES ARE TO FILE THE JOINT TRIAL MEMORANDUM

The defendants, Christopher Manning, Carlos Ocasio and Felix Ortiz, joined by

the plaintiffs, Jeffrey Pianka and Pedro Cruz, respectfully request an enlargement of

time of sixty (60) days, to and including January 9, 2006, within which the parties are to

file the Joint Trial Memorandum, and state that same is for good cause as follows.

This matter has been referred to United States Magistrate Judge Martinez for

purposes of conducting a settlement conference.  A Joint Mediation Report was

prepared and filed by the parties on August 10, 2005, as part of the process of

scheduling a settlement conference with Magistrate Judge Martinez.

On or about October 11, 2005, a settlement conference with Magistrate Judge

Martinez was scheduled and is to occur on December 8, 2005.  The present deadline

for filing the Joint Trial Memorandum of November 7, 2005, if complied with, would

05645.0604

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105