UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY PIANKA; | : | |
| PEDRO CRUZ; | : | |
|     Plaintiffs | : | CIVIL ACTION NO. |
| | : | 3:01 CV 153 (AWT) |
| VS. | : | |
| | : | |
| CHRISTOPHER MANNING; | : | |
| CARLOS OCASIO; | : | |
| FELIX ORTIZ; | : | |
|     Defendants | : | FEBRUARY 9, 2006 |

**MOTION BY CONSENT TO THE ENLARGE THE TIME
WITHIN WHICH THE PARTIES ARE TO FILE THE JOINT TRIAL MEMORANDUM**

    The defendants, Christopher Manning, Carlos Ocasio and Felix Ortiz, joined by the plaintiffs, Jeffrey Pianka and Pedro Cruz, respectfully request an enlargement of time of an additional forty-five (45) days, to and including March 27, 2006, within which the parties are to file the Joint Trial Memorandum, and state that same is for good cause as follows.

    A settlement conference was held before Magistrate Judge Martinez on December 8, 2005. Although progress was made toward resolution of this matter at that settlement conference, settlement was not achieved.

    All parties agree that the filing of a Joint Trial Memorandum herein will be time consuming and would require the parties to incur attorneys' fees in preparing a lengthy memorandum, given the many transcripts and documents that form the possible

05645.0604

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

evidence and exhibits for the trial of this matter.  This increase in attorneys' fees would militate against the possible settlement of this action, and all parties agree that it would be prudent to appropriately delay the filing of this document, until all settlement possibilities have been exhausted.  The most recent enlargement of time covered the period of the holidays and a time frame within which counsel for the defendants was to be on trial.  Settlement discussions, between counsel, have recently been resumed, and the parties are optimistic that a resolution can possibly be achieved.

Counsel for the plaintiffs is about to leave for a planned family vacation out of the country, and he is scheduled to commence a military court martial proceeding shortly after his return.

Similarly, counsel for the defendants is about to commence a mediation in a wrongful death action followed by a trial, if the mediation is unsuccessful.  For these reasons, the additional time sought is necessary to enable the parties to exhaust settlement possibilities.  If they are successful in resolving the case, there will be no need to file the Joint Trial Memorandum.  However, if those discussions are not fruitful, the time sought herein, given these other commitments, is necessary to properly prepare the Joint Trial Memorandum herein.

Counsel for the plaintiffs has been contacted concerning this motion, and he has no objection to same and fully supports it.

05645.0604

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

This is the third request by the defendants, joined by the plaintiffs, to enlarge the time within which to file the Joint Trial Memorandum.

WHEREFORE, for the foregoing reasons, the defendants and the plaintiffs respectfully request that the time for filing the Joint Trial Memorandum be enlarged for the reasons stated herein.

          DEFENDANTS:
          CHRISTOPHER MANNING;
          CARLOS OCASIO; AND
          FELIX ORTIZ

    BY:_____
       James J. Szerejko
       Fed. Bar No. ct 04326
       HALLORAN & SAGE LLP
       One Goodwin Square
       Hartford, CT  06103
       Tele: (860) 522-6103

05645.0604

- 3 -

One Goodwin Square  HALLORAN  Phone (860) 522-6103
225 Asylum Street  & SAGE LLP  Fax (860) 548-0006
Hartford, CT 06103    Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 9th day of February, 2006, the foregoing was either mailed, postpaid, or hand-delivered to:

Jon L. Schoenhorn, Esq.
Schoenhorn & Associates
97 Oak Street
Hartford, CT 06106

                                                                       _____
                                                                      James J. Szerejko

791051.1(HS-FP)

05645.0604

- 4 -

One Goodwin Square      HALLORAN      Phone (860) 522-6103
225 Asylum Street       & SAGE LLP      Fax (860) 548-0006
Hartford, CT 06103                              Juris No. 26105