

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY PIANKA;<br>PEDRO CRUZ;<br>    Plaintiffs<br><br>VS.<br><br>CHRISTOPHER MANNING;<br>CARLOS OCASIO;<br>FELIX ORTIZ;<br>    Defendants | CIVIL ACTION NO.<br>3:01 CV 153 (AWT)<br><br><br><br><br><br><br>FEBRUARY 9, 2006 |

### MOTION BY CONSENT TO THE ENLARGE THE TIME WITHIN WHICH THE PARTIES ARE TO FILE THE JOINT TRIAL MEMORANDUM

The defendants, Christopher Manning, Carlos Ocasio and Felix Ortiz, joined by the plaintiffs, Jeffrey Pianka and Pedro Cruz, respectfully request an enlargement of time of an additional forty-five (45) days, to and including March 27, 2006, within which the parties are to file the Joint Trial Memorandum, and state that same is for good cause as follows.

A settlement conference was held before Magistrate Judge Martinez on December 8, 2005. Although progress was made toward resolution of this matter at that settlement conference, settlement was not achieved.

All parties agree that the filing of a Joint Trial Memorandum herein will be time consuming and would require the parties to incur attorneys' fees in preparing a lengthy memorandum, given the many transcripts and documents that form the possible

| | | |
|---|---|---|
| One Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103 | **HALLORAN**<br>**& SAGE LLP** | Phone (860) 522-6103<br>Fax (860) 548-0006<br>Juris No. 26105 |

Extension GRANTED, to and including March 27, 2006. It is so ordered.

Alvin W. Thompson, U.S.D.J.