UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY PIANKA; <br> PEDRO CRUZ; <br>     Plaintiffs <br><br> VS. <br><br> CHRISTOPHER MANNING; <br> CARLOS OCASIO; <br> FELIX ORTIZ; <br>     Defendants | : <br> : <br> :    CIVIL ACTION NO. <br> :    3:01 CV 153 (AWT) <br> : <br> : <br> : <br> : <br> : <br> :    MARCH 16, 2006 |

### MOTION BY CONSENT TO THE ENLARGE THE TIME WITHIN WHICH THE PARTIES ARE TO FILE THE JOINT TRIAL MEMORANDUM

The defendants, Christopher Manning, Carlos Ocasio and Felix Ortiz, joined by the plaintiffs, Jeffrey Pianka and Pedro Cruz, respectfully request an enlargement of time of an additional twenty-two (22) days, to and including **April 18, 2006**, within which the parties are to file the Joint Trial Memorandum, and state that same is for good cause as follows.

As set forth in the parties' last Motion for Enlargement of Time within which to comply with the Joint Trial Memorandum, the parties are engaged in serious settlement discussions that have brought them very close to resolving this matter. All parties agree that the filing of a Joint Trial Memorandum herein will be time consuming and would require the parties to incur attorneys' fees in preparing the memorandum. This increase in attorneys' fees would work against possible settlement of this action, and all parties

05645.0604

One Goodwin Square     HALLORAN     Phone (860) 522-6103 <br>
225 Asylum Street     & SAGE LLP     Fax (860) 548-0006 <br>
Hartford, CT 06103         Juris No. 26105

agree that it would be prudent to delay the filing of the Joint Trial Memorandum, until all settlement possibilities have been exhausted. Since the filing of the last motion in this regard, counsel for the parties on both sides have been engaged in other matters, besides their efforts to resolve this litigation.

The parties have decided that it could be beneficial to refer this matter back to United States Magistrate Judge Martinez, who conducted a settlement conference herein on December 8, 2005.

The additional time sought by this motion is necessary to enable the parties to exhaust settlement possibilities. Obviously, if they are successful, there will be no need to file the Joint Trial Memorandum. However, if the discussions are not fruitful, the time sought herein is necessary to properly prepare this document.

Counsel for the plaintiffs has been contacted concerning this motion, and he has no objection to same and fully supports it.

This is the <u>fourth</u> request by the parties to enlarge the time within which to file the Joint Trial Memorandum.

WHEREFORE, for the foregoing reasons, the defendants and the plaintiffs respectfully request that the time for filing the Joint Trial Memorandum be enlarged for the reasons stated herein.

05645.0604

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANTS:
CHRISTOPHER MANNING;
CARLOS OCASIO; AND
FELIX ORTIZ

BY: _____
James J. Szerejko
Fed. Bar No. ct 04326
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

## CERTIFICATION

This is to certify that on this 16th day of March, 2006, the foregoing was either mailed, postpaid, or hand-delivered to:

Jon L. Schoenhorn, Esq.
Schoenhorn & Associates
97 Oak Street
Hartford, CT 06106

_____
James J. Szerejko

791051 1(HS-FP)

05645.0604

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105