UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY PIANKA; | : | |
| PEDRO CRUZ; | : | |
|     Plaintiffs | : | CIVIL ACTION NO. |
| | : | 3:01 CV 153 (AWT) |
| VS. | : | |
| | : | |
| CHRISTOPHER MANNING; | : | |
| CARLOS OCASIO; | : | |
| FELIX ORTIZ; | : | |
|     Defendants | : | APRIL 17, 2006 |

**MOTION BY CONSENT TO THE ENLARGE THE TIME
WITHIN WHICH THE PARTIES ARE TO FILE THE JOINT TRIAL MEMORANDUM**

    The defendants, Christopher Manning, Carlos Ocasio and Felix Ortiz, joined by the plaintiffs, Jeffrey Pianka and Pedro Cruz, respectfully request an enlargement of time of an additional sixty (60) days, to and including **June 18, 2006**, within which the parties are to file the Joint Trial Memorandum, and state that same is for good cause as follows.

    As set forth in the parties' last Motion for Enlargement of Time within which to comply with the Joint Trial Memorandum, the parties are engaged in serious settlement discussions that have brought them very close to resolving this matter. All parties agree that the filing of a Joint Trial Memorandum herein will be time consuming and would require the parties to incur attorneys' fees in preparing the memorandum. This increase in attorneys' fees would work against possible settlement of this action, and all

05645.0604

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

parties agree that it would be prudent to delay the filing of the Joint Trial Memorandum, until all settlement possibilities have been exhausted.  Since the filing of the last motion in this regard, counsel for the parties on both sides have been engaged in other matters, besides their efforts to resolve this litigation.

The parties have decided that it could be beneficial to refer this matter back to United States Magistrate Judge Martinez, who conducted a settlement conference herein on December 8, 2005.  In fact, the parties have recently notified the Chambers of Magistrate Judge Martinez, and she has ordered a settlement conference herein, presently scheduled for May 22, 2006.  It is the hope and expectation of all concerned that the matter will be concluded that date.  Even if a resolution is achieved, additional approval is required on behalf of the defendants to necessitate the need for the additional time sought herein.

The additional time sought by this motion is necessary to enable the parties to exhaust settlement possibilities.  Obviously, if they are successful, there will be no need to file the Joint Trial Memorandum.  However, if the discussions are not fruitful, the time sought herein is necessary to properly prepare this document.

Counsel for the plaintiffs has been contacted concerning this motion, and he has no objection to same and fully supports it.

05645.0604

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

This is the <u>fifth</u> request by the parties to enlarge the time within which to file the Joint Trial Memorandum.

WHEREFORE, for the foregoing reasons, the defendants and the plaintiffs respectfully request that the time for filing the Joint Trial Memorandum be enlarged for the reasons stated herein.

                                            DEFENDANTS:
                                            CHRISTOPHER MANNING;
                                            CARLOS OCASIO; AND
                                            FELIX ORTIZ

BY:_____
      James J. Szerejko
      Fed. Bar No. ct 04326
      HALLORAN & SAGE LLP
      One Goodwin Square
      Hartford, CT  06103
      Tele: (860) 522-6103

05645.0604

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

     This is to certify that on this 17th day of April, 2006, the foregoing was either mailed, postpaid, or hand-delivered to:

Jon L. Schoenhorn, Esq.
Schoenhorn & Associates
97 Oak Street
Hartford, CT 06106

                                                                       _____
                                                                            James J. Szerejko

791051.1(HS-FP)

One Goodwin Square                                   Phone (860) 522-6103
225 Asylum Street                 HALLORAN                Fax (860) 548-0006
Hartford, CT 06103              & SAGE LLP              Juris No. 26105