UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY PIANKA;<br>PEDRO CRUZ;<br>    Plaintiffs | : <br> : <br> : <br> : | CIVIL ACTION NO.<br>3:01 CV 153 (AWT) |
| VS. | : <br> : | |
| CHRISTOPHER MANNING;<br>CARLOS OCASIO;<br>FELIX ORTIZ;<br>    Defendants | : <br> : <br> : <br> : | June 14, 2006 |

### MOTION BY CONSENT TO THE ENLARGE THE TIME WITHIN WHICH THE PARTIES ARE TO FILE THE JOINT TRIAL MEMORANDUM

The defendants, Christopher Manning, Carlos Ocasio and Felix Ortiz, joined by the plaintiffs, Jeffrey Pianka and Pedro Cruz, respectfully request an enlargement of time of an additional thirty-five (35) days, to and including **July 24, 2006**, within which the parties are to file the Joint Trial Memorandum, and state that same is for good cause as follows.

All parties here have been engaged in efforts to resolve this matter, and, most recently, have participated in a settlement conference before United States Magistrate Judge Donna F. Martinez on May 22, 2006. Although some progress was made, the parties were unable to resolve this matter. However, counsel have not yet concluded that settlement is impossible herein.

05645.0604

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

All parties do agree that the filing of a Joint Trial Memorandum would be a time consuming process and would require the parties to incur attorneys' fees in doing so. This increase in attorneys' fees would work against possible settlement of this matter, and all parties agree that it would be prudent to continue to delay the filing of the Joint Trial Memorandum until all settlement possibilities have been exhausted.

The additional time sought by this motion is necessary to enable the parties to exhaust settlement possibilities. Obviously, if they are successful, there will be no need to file the Joint Trial Memorandum. However, if it soon appears that settlement cannot be achieved, this additional time sought herein is necessary to properly prepare this extensive document.

Counsel for the plaintiffs has been contacted concerning this motion, and he has no objection to same and fully supports it.

This is the <u>sixth</u> request by the parties to enlarge the time within which to file the Joint Trial Memorandum.

05645.0604

- 2 -

One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

HALLORAN  
& SAGE LLP

Phone (860) 522-6103  
Fax (860) 548-0006  
Juris No. 26105

WHEREFORE, for the foregoing reasons, the defendants and the plaintiffs respectfully request that the time for filing the Joint Trial Memorandum be enlarged for the reasons stated herein.

      DEFENDANTS:
      CHRISTOPHER MANNING;
      CARLOS OCASIO; AND
      FELIX ORTIZ

BY: _____
      James J. Szerejko
      Fed. Bar No. ct 04326
      HALLORAN & SAGE LLP
      One Goodwin Square
      Hartford, CT 06103
      Tele: (860) 522-6103

05645.0604

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 14th day of June, 2006, the foregoing was either mailed, postpaid, or hand-delivered to:

Jon L. Schoenhorn, Esq.
Schoenhorn & Associates
97 Oak Street
Hartford, CT 06106

James J. Szerejko

791051 1(HS-FP)

05645 0604

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105