UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY PIANKA;<br>PEDRO CRUZ;<br>　　　Plaintiffs<br><br>VS.<br><br>CHRISTOPHER MANNING;<br>CARLOS OCASIO;<br>FELIX ORTIZ;<br>　　　Defendants | :<br>:<br>:　CIVIL ACTION NO.<br>:　3:01 CV 153 (AWT)<br>:<br>:<br>:<br>:<br>:<br>:　July 20, 2006 |

## MOTION BY CONSENT TO THE ENLARGE THE TIME WITHIN WHICH THE PARTIES ARE TO FILE THE JOINT TRIAL MEMORANDUM

The defendants, Christopher Manning, Carlos Ocasio and Felix Ortiz, joined by the plaintiffs, Jeffrey Pianka and Pedro Cruz, respectfully request an enlargement of time of an additional thirty (30) days, to and including August 23, 2006, within which the parties are to file the Joint Trial Memorandum, and state that same is for good cause as follows.

As reported in earlier motions, the parties continue efforts to resolve this matter. However, settlement has not been achieved.

All parties do agree the filing of a Joint Trial Memorandum would be a time-consuming process, and would require the parties to incur attorneys' fees in doing so. This increase in attorneys' fees would work against possible settlement of this matter,

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

and all parties agree that it would be prudent to continue to delay the filing of the Joint Trial Memorandum, until all settlement possibilities have been exhausted.

Further, counsel for the undersigned defendants will be away next week due to a planned family vacation and plaintiffs' counsel will similarly be away in the first part of August for the same reason. Counsel for the defendants will also be taking a vacation in mid August.

The additional time sought by this motion is necessary to enable the parties to exhaust settlement possibilities. Obviously, if they are successful, there will be no need to file the Joint Trial Memorandum. If settlement is not achieved, the additional time is necessary, given the planned vacations referred to, and then to devote the time to properly prepare this comprehensive document.

Counsel for the plaintiffs has been contacted concerning this motion, and he has no objection to same, and fully supports it.

This is the <u>seventh</u> request by the parties to enlarge the time within which to file the Joint Trial Memorandum.

05645.0604

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

WHEREFORE, for the foregoing reasons, the defendants and the plaintiffs respectfully request that the time for filing the Joint Trial Memorandum be enlarged for the reasons stated herein.

> DEFENDANTS:
> CHRISTOPHER MANNING;
> CARLOS OCASIO; AND
> FELIX ORTIZ
>
> BY: *(signature)*
> James J. Szerejko
> Fed. Bar No. ct 04326
> HALLORAN & SAGE LLP
> One Goodwin Square
> Hartford, CT 06103
> Tele: (860) 522-6103

### CERTIFICATION

This is to certify that on this 20th day of July, 2006, the foregoing was either mailed, postpaid, or hand-delivered to:

Jon L. Schoenhorn, Esq.
Schoenhorn & Associates
97 Oak Street
Hartford, CT 06106

*(signature)*
James J. Szerejko

791051 1(HS-FP)

05645 0604

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105