UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY PIANKA; : | |
| PEDRO CRUZ; : | |
|     Plaintiffs : | CIVIL ACTION NO. |
| : | 3:01 CV 153 (AWT) |
| VS. : | |
| : | |
| CHRISTOPHER MANNING; : | |
| CARLOS OCASIO; : | |
| FELIX ORTIZ; : | |
|     Defendants : | AUGUST 22, 2006 |

## DEFENDANTS' MOTION, NUNC PRO TUNC, FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE THE JOINT TRIAL MEMORANDUM

The defendants, Christopher Manning, Carlos Ocasio and Felix Ortiz, respectfully request an enlargement of time of an additional 15 days, to and including September 7, 2006, within which the Joint Trial Memorandum is to be filed, and state that same is for good cause as follows.

Until recently, negotiations were underway to resolve this matter and the filing of the Joint Trial Memorandum was purposely held in abeyance as a result. Unfortunately, the prospects for resolution have diminished.

Counsel for the plaintiffs was away on vacation for the period of time of July 31, 2006 through August 11, 2006. The following week, counsel for the undersigned defendants was away on vacation, that being August 14 through August 18, 2006. The

assistant for counsel for the defendants, who will assist in the preparation of the Joint Trial Memorandum, is presently away on vacation and will return to the office on or about Tuesday, August 29, 2006.

As the Joint Trial Memorandum, by its very nature, requires the integration of the materials from both sides, this undertaking cannot be completely and effectively addressed by counsel for the undersigned defendants, given these circumstances, by the present deadline of August 23, 2006. The additional time sought by this motion is necessary to enable defendants' counsel to complete his portion of the Joint Trial Memorandum for an appropriate filing.

Counsel for the plaintiffs has been contacted concerning this motion, and he has no position with regard to same.

Although there have been seven motions in the past <u>by consent of the parties</u> to enlarge the time within which to file the Joint Trial Memorandum, this is the first motion filed solely on behalf of the defendants for that purpose.

WHEREFORE, for the foregoing reasons, the defendants respectfully request that the time for filing the Joint Trial Memorandum be enlarged for the reasons stated herein.

05645 0604

DEFENDANTS:
CHRISTOPHER MANNING;
CARLOS OCASIO; AND
FELIX ORTIZ

BY: /s/ James J. Szerejko
James J. Szerejko
Fed. Bar No. ct 04326
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

**CERTIFICATION**

This is to certify that on this 22nd day of August, 2006, the foregoing was either mailed, postpaid, or hand-delivered to:

Jon L. Schoenhorn, Esq.
Schoenhorn & Associates
97 Oak Street
Hartford, CT 06106

/s/ James J. Szerejko

878401 1(HS-FP)