UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY PIANKA and PEDRO CRUZ, : | |
|    *Plaintiffs* : | CIVIL ACTION NO. |
| : | 3:01 CV 153 (AWT) |
| VS. : | |
| : | |
| CHRISTOPHER MANNING; : | |
| CARLOS OCASIO and FELIX ORTIZ; : | |
|    *Defendants* : | AUGUST 23, 2006 |

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

The plaintiffs, by and through counsel, hereby submit the following proposed voir dire questions for jury selection:

The plaintiffs request that each of the prospective jurors be required to identify him or herself, giving their respective juror number, name, address, and occupation for the past five (5) years, and the occupation of their spouses for the past five years. Additionally, the plaintiffs request that the Court ask the following questions:

1. Are any of you acquainted with any of the parties, attorneys, or witnesses involved in this case?

2. Have any of you ever heard or read about any other case or claim of civil rights violations or other misconduct made against the Hartford Police Department or any of its members?

    a. If so, what have you heard?

    b. Do you feel that this could affect your ability to fairly hear and decide this case?

3. Have you or any member of your family or any close friend ever held any job in (a) a law enforcement agency; (b) a correctional center; (c) any government agency; (d) the state or local police; or (e) the public sector in Hartford?

4. The defendants' and certain witnesses in this case are police officers. In light of this fact, let me ask this question: If one of these police officers were to say a certain thing happened or that it happened in a certain way, would you believe the police officer simply because he was a police officer?

5. Would you have any difficulty in reaching a verdict for the plaintiffs because they have made claims against police officers in which they allege that the police officers treated them unlawfully or unfairly?

6. Assuming that you reach a verdict for one or both of the plaintiffs on the issue of liability, that is, that you find that the officers were at fault in this case, would you give that plaintiff a full and fair sum of damages?

7. Does anyone here believe that citizens who have been treated illegally and unfairly by public officials should not have a right to bring a suit against such officials?

8. Are you willing to enforce the civil rights of the plaintiffs as you would any other rights to which a citizen of this country is entitled?

9. Is there anything about the plaintiffs, or any of the claims they are making, that would make it difficult for you to render a verdict in their favor? If so, what?

10. Do you believe that a person who proves violations of civil rights should be compensated for damages he suffers as a result? Does anyone here have any difficulty with that concept?

11. Do you believe that citizens should be allowed to speak up and protest when they observe illegal behavior by state officials, including police?

12. If you were selected as a juror in this case, do you know of any reason why you could not sit as an impartial juror?

13. One of the plaintiffs is unmarried with a child. Will this make it difficult for you to render a verdict in his favor?

14. Does anyone believe that the race of either a plaintiff or defendant would make it difficult for you to render a verdict in his favor?

15. One of the plaintiffs has a criminal conviction arising from the incident. Do any of you believe that such a conviction should bar him from recovering a judgment in his favor?