UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY PIANKA;<br>PEDRO CRUZ;<br>    Plaintiffs<br><br>VS.<br><br>CHRISTOPHER MANNING;<br>CARLOS OCASIO;<br>FELIX ORTIZ;<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:     CIVIL ACTION NO.<br>    3:01 CV 153 (AWT)<br><br><br><br><br><br>    SEPTEMBER 7, 2006 |

### DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

In connection with the jury selection process, the undersigned defendants request that each of the prospective jurors be required to identify themselves, giving their number, name, their address for the past five years, their occupation for the past five years and occupation of their spouses for the past five years. After the foregoing information is provided, the defendants request that the prospective jurors then be asked the following questions:

1. Have any of you ever served as a juror previously, either in State or Federal Court? If so, where and when was it? Did it involve a civil or criminal case? Did the matter go to verdict?

2. Are you or any members of your family or friends related to any of the attorneys representing any of the parties to this action? If so, what is the relationship?

3. Have you or any members of your family or friends ever been represented by, or are you or they socially acquainted with, any of the attorneys who represent any of the parties to this action? If so, state when and where the representation of such

attorney, or the extent of the acquaintance with such, occurred.

4. Do you or any members of your family or friends know the plaintiffs or the defendants, or any members of their families?

5. Do you have any knowledge about this lawsuit or any other lawsuit involving the action of any law enforcement agency?

6. Do you or any members of your family or friends know any of the people who are expected to be witnesses in this case or any of the organizations with which the witnesses are associated?

7. Do you or any members of your family or friends know any employees of the Office of the United States Attorney, United States Department of Justice, Federal Bureau of Investigation, the Office of the Connecticut State's Attorney or the City of Hartford Police Department? If so, who and what are the circumstances of your relationship?

8. Do you have any underlying bias or prejudice where local or state police officers are concerned, and if so, what are those biases or prejudices?

9. Do you have any particular feelings concerning the defendants which would in any way affect your ability to be fair and impartial in this case?

10. Have you or any members or your family or friends ever worked for any police department or law enforcement agency?

11. Have you or any members of your family or friends ever studied law?

12. Have you or any members of your family or friends ever made a claim or brought a lawsuit concerning the actions of any police department or employee of any police department or agency? If so, what was the basis of that claim?

13. Have you ever been a party to a lawsuit or brought a claim for money damages, if so:

    (1) did you bring the suit or claim or was it brought against you;

    (2) what was the nature of the lawsuit or claim;

    (3) how was the suit or claim resolved.

14. Have you or any members of your family or friends ever worked for a lawyer?

15. Is there any one of you who, if instructed to do so by the Judge, could not or would not be able to put aside all natural feelings of sympathy during jury deliberations and decide this case strictly on the facts and the law?

16. Do any of you feel that because this case involves the actions of police personnel that you would not be able to put aside all natural feelings either pro or con with respect to police officers, and decide this case strictly on the facts and the law.

17. Are there are any one of you who would find it extremely difficult, if not impossible, to follow the Judge's instructions not to discuss the case outside of the courtroom with anyone, including family members, and not to read about the case or listen to any possible broadcasts about it on the radio or television?

18. Are there any among you who feel that merely because a person brings a lawsuit and claims money damages that such person is entitled to be awarded damages by a jury without first proving that the defendants are liable under the law?

19. Are there any among you who feel that merely because the defendants have been sued that they must have done something wrong or must legally be at fault?

20. Are there any among you who feel that even if the plaintiffs fail to prove

their case against the defendants, you could not or would not send them home without any money because they claim they have suffered a great deal and incurred expenses?

21. Do any one of you feel now, before hearing any of the evidence, that you are inclined to lean towards any party or be sympathetic towards the position of any party? Have you read or heard anything about it in the media?

22. Do any of you know anything about the circumstances surrounding this lawsuit?

23. Have any or you or any members of your family worked for the City of Hartford, or any other municipality? If so, in what capacity.

24. Have you or any members of your family ever had any negative experiences, including but not limited to, being arrested, involving any police officer or any member of a law enforcement agency? If so, what was the nature of the negative experience?

25. Do any of you have any opinion about the quality of police service provided by the City of Hartford, and the members of its police department? If so, what is that opinion?

26. Have any of you read any publications or heard in the media anything regarding any of the parties to this lawsuit and if so, whether any information you obtained from those publications or media would affect your ability to be fair and impartial in this case?

27. Are there any reasons, whatsoever, that cause you to feel you simply would not want to serve on this jury?

28. Do you agree with the concept that a police officer can use reasonable

force in the course of effecting an arrest or taking a party into custody?

                              DEFENDANTS:
                              CHRISTOPHER MANNING;
                              CARLOS OCASIO; AND
                              FELIX ORTIZ

BY:_____
       James J. Szerejko
       Fed. Bar No. ct 04326
       HALLORAN & SAGE LLP
       One Goodwin Square
       Hartford, CT 06103
       Tele: (860) 522-6103
       Szerejko@halloran-sage.com

## CERTIFICATION

This is to certify that on this 7th day of September, 2006, the foregoing was either mailed, postpaid, or hand-delivered to:

Jon L. Schoenhorn, Esq.
Schoenhorn & Associates
97 Oak Street
Hartford, CT 06106

_____
James J. Szerejko

878401 1(HS-FP)

882912v.1