## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY PIANKA AND PEDRO CRUZ, | : | CIVIL ACTION NO. |
| Plaintiffs | : | |
| | : | 3:01CV00153 (AWT) |
| vs. | : | |
| | : | |
| CHRISTOPHER MANNING, CARLOS OCASIO | : | |
| AND FELIX ORTIZ, | : | |
| Defendants | : | DECEMBER 8, 2006 |

### NOTICE OF FILING MOTION TO TRANSFER EXHIBITS

The plaintiffs hereby give notice that on this date, December 8, 2006, they have filed a motion to transfer the exhibits in *State v. Cruz*, Docket No. CR 98-517485, from the Superior Court of Connecticut, to the Clerk of this Court, for safe keeping until the conclusion of the instant matter. See, Motion to Transfer Exhibits, dated December 8, 2006, attached.

PLAINTIFFS,

By  /s/ Jon L. Schoenhorn
Jon L. Schoenhorn, Esq.
Jon L. Schoenhorn & Associates, LLC
108 Oak Street
Hartford, CT 06106
Tel.:(860) 278-3500
Federal Bar #CT00119

### CERTIFICATION

I hereby certify that on the above date, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

 /s/ Jon L. Schoenhorn
Jon L. Schoenhorn