| | | |
|---|---|---|
| DOCKET NO. CR 98-517485 | : | SUPERIOR COURT |
| STATE OF CONNECTICUT | : | GEOGRAPHICAL AREA NO. 14 |
| V. | : | AT HARTFORD |
| PEDRO CRUZ | : | DECEMBER 8, 2006 |

## MOTION TO TRANSFER EXHIBITS

Pursuant to Conn. Gen. Stat. §51-36 (d) and (e), the defendants request a temporary transfer of the exhibits in this matter to the Clerk of the United States District Court, District of Connecticut at Hartford, 450 Main Street, Hartford, Connecticut, 06103.  In support of this motion, the defendants submit the following:

1. There are no appeals currently pending on this matter.

2. A federal civil case involving the same factual scenarios as the instant matter is currently pending in the District Court before Judge Alvin W. Thompson, *Pianka v. Manning*, Docket No. 3:01 CV 153 (AWT).  Trial is tentatively scheduled to begin in January of 2007.

3. During the trial before the District Court, the defendants anticipate introducing a number of the exhibits that were entered in this matter.

WHEREFORE, the defendants request that this Court grant their motion to transfer the exhibits in this matter to the Clerk of the  United States District Court, District of Connecticut, at Hartford, for safe keeping, to be returned when the federal civil case is completed.

                                  THE DEFENDANTS,
                                  PEDRO CRUZ and JEFFREY PIANKA

            BY: _____
                 Johanna M. Canning
                 Jon L. Schoenhorn & Associates, LLC
                 108 Oak Street
                 Hartford,  CT 06106
                 Juris No. 406505

## ORDER

    The foregoing motion having been heard by the Court, it is hereby ORDERED, this \_\_\_\_ day of December, 2006 that the motion be GRANTED/DENIED.

                      BY THE COURT,

                        _____, J.

                        _____
                        Clerk/Assistant Clerk

## CERTIFICATION

    I hereby certify that a copy of the foregoing motion was hand-delivered, electronically transmitted or mailed, postage pre-paid, to Attorney James Szerejko, Halloran & Sage LLP, One Goodwin Square, Hartford, CT 06103, on the date of this pleading.  A courtesy  copy was also mailed, postage pre-paid, or hand-delivered, to the Assistant  State's Attorney, 101 Lafayette Street, Hartford, CT 06106,

                        _____
                        Johanna M. Canning

F:\SHARED\CLIENTS\Pianka-Cruz\Pleadings\M. Transfer Exhibits.wpd