UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JEFFREY PIANKA,
PEDRO CRUZ

   v.                                     Case Number: 3:01CV153 (AWT)

CHRISTOPHER MANNING,
CARLOS OCASIO, FELIX ORTIZ

NOTICE TO COUNSEL
-------------------

    The above-entitled case was reported to the Court on December 12, 2006 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

    Accordingly, an order of dismissal will be entered on January 11, 2007 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

    Dated at Hartford, Connecticut, December 12, 2006.


                                            KEVIN F. ROWE, CLERK

                                            By: _____/s/_____
                                                 Robert K. Wood
                                                 Deputy Clerk