UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY PIANKA and PEDRO CRUZ, | : | |
| Plaintiffs | : | CIVIL ACTION NO. |
| | : | 3:01 CV 153 (AWT) |
| VS. | : | |
| | : | |
| CHRISTOPHER MANNING; CARLOS | : | |
| OCASIO; and FELIX ORTIZ, | : | |
| Defendants | : | JANUARY 8, 2007 |

### MOTION FOR ENLARGEMENT OF TIME TO FILE SETTLEMENT DOCUMENTS

The plaintiffs, by and through counsel, move this court to enlarge by thirty (30) days, the deadline for filing the necessary documentation for settlement of this matter. In support hereof, the undersigned represents that:

1. Through information and belief, the defendants, through the City of Hartford, have not, to date, approved the terms of the settlement.

2. One of the plaintiffs has not returned a signed settlement agreement to counsel, having only been provided last week with the final language for the agreement that was proposed and prepared by defense counsel.

3. The undersigned has not determined the position of defense counsel on this request.

WHEREFORE, the plaintiffs request that the court postpone closing the file for thirty (30) days to allow the parties sufficient time to complete and file the necessary documentation for settlement.

THE PLAINTIFFS,

By    /s/ *Jon L. Schoenhorn*
Jon L. Schoenhorn, Esq.
Jon L. Schoenhorn & Associates, LLC
108 Oak Street
Hartford, CT 06106
Tel.:(860) 278-3500
Federal Bar #CT00119

**CERTIFICATION**

      I hereby certify that on the above date, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                          /s/ *Jon L. Schoenhorn*
                                                           Jon L. Schoenhorn

F:\SHARED\CLIENTS\Pianka-Cruz\Pleadings\enlargement-settlement documents.wpd