UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY PIANKA; and PEDRO CRUZ,<br>Plaintiffs | :<br>:   CIVIL ACTION NO.<br>:   3:01 CV 153 (AWT) |
| VS. | : |
| CHRISTOPHER MANNING; CARLOS OCASIO; and FELIX ORTIZ,<br>Defendants | :<br>:<br>:   January 31, 2007 |

**MOTION TO RESTORE TO DOCKET AND/OR FOR RELIEF FROM SETTLEMENT**

The plaintiffs, by and through counsel, hereby object to the report of settlement of the above-captioned case and seek restoration of the matter to the court's active docket. In support hereof, the plaintiffs state as follows:

1. On or about December 12, 2006, after a settlement conference between the parties and the Honorable Donna F. Martinez, U.S. Magistrate Judge, the clerk entered a notation on the docket that the matter had been settled between the parties, allowing the parties 30 days to file the necessary pleadings for withdrawal of action.

2. Thereafter, on or about January 8, 2007, the plaintiffs requested and received an extension of time until February 7, 2007, to file the necessary withdrawal of the action, both because the City of Hartford's governing body had not yet acted upon the settlement proposal, and because one of the plaintiffs had not yet signed a release prepared by the defendants.

3. Since that time, the undersigned has been unable to communicate with one of the plaintiffs, who has not responded to telephone calls or written correspondence concerning the matter. The aforementioned release from this plaintiff has not been signed and returned.

4. On this same date, the undersigned has filed a motion to withdraw as counsel for one of the plaintiffs in this matter, because of the development of an unanticipated and irreconcilable conflict of interest between the two plaintiffs, and between said individual plaintiff and undersigned counsel.

5. The defendants have not to date tendered any of the settlement proceeds, which the plaintiffs claim would constitute a condition precedent for the withdrawal of this action.

WHEREFORE, the plaintiffs request that their motion be granted.

                                      PLAINTIFFS,
                                      JEFFREY PIANKA and PEDRO CRUZ

By _____
     Jon L. Schoenhorn
     Fed. Bar No. ct 00119
     JON L. SCHOENHORN & ASSOCIATES
     108 Oak Street
     Hartford, CT 06106
     Tel: (860) 278-3500

## CERTIFICATION

This is to certify that on this 31st day of January, 2007, the foregoing was electronically transmitted or mailed, postage prepaid, to:

James J. Szerejko, Esq.
Halloran & Sage, LLP
One Goodwin Square
Hartford, CT 06103

_____
Jon L. Schoenhorn

F:\SHARED\CLIENTS\Pianka-Cruz\Pleadings\relief.-from-settlement.wpd

2