UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY PIANKA and PEDRO CRUZ,<br>Plaintiffs | : | CIVIL ACTION NO.<br>3:01 CV 153 (AWT) |
| VS. | : | |
| CHRISTOPHER MANNING; CARLOS OCASIO; and FELIX ORTIZ,<br>Defendants | : | JANUARY 31, 2007 |

### MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule of Civil Procedure 7(e), the undesigned counsel for Plaintiffs Pedro Cruz and Jeffrey Pianka, Jon L. Schoenhorn, moves this Court for leave to withdraw as counsel for Mr. Cruz for the reason that there has developed an irretrievable breakdown in the working relationship between Mr. Cruz and the undersigned counsel. The undersigned further represents as an officer of this Court that there are very substantial and irreconcilable differences between Mr. Cruz and undersigned counsel, and that a conflict of interest has developed between Mr. Cruz and his co-plaintiff, Mr. Pianka, that prevents the undersigned from continuing to represent both plaintiffs in this matter.

Undersigned counsel also represents that Mr. Cruz has not responded to either telephone or mail communications from this office, nor has he completed the necessary documentation so that a settlement in this matter may be achieved. It is in the interests of justice that Mr. Cruz obtain alternate counsel, and permit the undersigned to represent Mr. Pianka in a conflict-free environment.

This motion is made in the good faith belief that the best interests of both Mr. Cruz and Mr. Pianka would be served by allowing the undersigned to withdraw as counsel for Mr. Cruz.

A copy of this motion is being sent by certified mail to both plaintiffs.

WHEREFORE, the undersigned requests that this motion be granted.

THE PLAINTIFFS

BY: _____
Jon L. Schoenhorn, Their Attorney

**CERTIFICATION**

I hereby certify that a copy of the foregoing motion was electronically transmitted or mailed, postage pre-paid, to Attorney James Szerejko, Halloran & Sage LLP, One Goodwin Square, Hartford, CT 06103, on the date of this pleading. Certified copies were also sent to the following: Pedro Cruz, 43 Brown Street 2nd floor, Hartford, CT 06114; and Jeffrey Pianka, 144 New Britain Avenue, Hartford, CT 06106.

_____
Jon L. Schoenhorn

JON L. SCHOENHORN & ASSOCIATES, LLC

ATTORNEYS AT LAW
108 OAK STREET ■ HARTFORD, CT 06106-1514 ■ TEL. (860) 278-3500 ■ JURIS NO. 406505 ■ FEDERAL BAR NO. ct 00119