UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JEFFREY PIANKA;
PEDRO CRUZ;
    Plaintiffs      :    CIVIL ACTION NO.
     :    3:01 CV 153 (AWT)
VS.

CHRISTOPHER MANNING;
CARLOS OCASIO;
FELIX ORTIZ;
    Defendants      :    FEBRUARY 20, 2007

## OBJECTION TO PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW AS COUNSEL

The defendants, Christopher Manning, Carlos Ocasio and Felix Ortiz, hereby object to the Motion to Withdraw As Counsel filed by Attorney Jon L. Schoenhorn, counsel for both plaintiffs, Jeffrey Pianka and Pedro Cruz, in this matter.

A settlement of the above-captioned matter was achieved on December 12, 2006 before United States Magistrate Judge Donna F. Martinez, after two earlier extended sessions with Judge Martinez. To allow Attorney Schoenhorn to withdraw as counsel for the plaintiff, Pedro Cruz, at this juncture, prior to the effectuation of the settlement, would work a prejudice to the defendants herein.

This lawsuit was filed on or about January 29, 2001, and Attorney Schoenhorn has represented both plaintiffs throughout that extended period of time. In that a settlement has now been achieved, and agreed to by all parties and counsel, and

***ORAL ARGUMENT REQUESTED***

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

the settlement funds are available and ready to be tendered to plaintiffs' counsel on behalf of both plaintiffs, upon receipt of a Release and Settlement Agreement, duly executed by both plaintiffs, it would appear that differences can be overlooked and matters resolved to bring about the settlement agreed to.

If Attorney Schoenhorn's motion is granted, this would leave the plaintiff, Pedro Cruz, without counsel or in a position where he would find it necessary to engage new counsel for trial, as prospects for subsequent resolution would be extinguished. Such an undertaking at this late juncture, after the filing of the Joint Trial Memorandum, would put new counsel in a very difficult position to prepare this matter for trial.

Both plaintiffs' claims are grounded in 42 U.S.C. Section 1983. If plaintiffs prevail as to any of those claims, counsel fees can be awarded to either or both plaintiffs, pursuant to 42 U.S.C. Section 1988. For new counsel to be in a position to take this matter to trial, many additional hours will be spent in preparation. To award counsel fees for such an undertaking would be unfair to the defendants and would work to their prejudice as a result.

Further, the trial of this matter, if Attorney Schoenhorn is allowed to withdraw as counsel for Mr. Cruz, will be affected by his continued representation of Mr. Pianka. Attorney Schoenhorn represented only Mr. Cruz in the underlying criminal trial, stemming from the subject incident. To the extent that Attorney Schoenhorn's role in the state court trial comes into evidence, it could lead to juror confusion. The relationship between Mr. Cruz and Attorney Schoenhorn, as described in counsel's

2

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

motion, has devolved to one of "... very substantial and irreconcilable differences ..." between them, as well as a "conflict of interest" between Mr. Cruz and Mr. Pianka. These differences will or could become apparent to a discerning jury at any possible trial, affecting the rights of all litigants to a fair trial.

Additionally, new counsel has not appeared on behalf of Mr. Cruz, nor has he elected to proceed pro se. Normally, in such circumstances, a Motion to Withdraw is not granted pursuant to Local Civil Rule 7(e).

Finally, the additional time, expense and counsel fees associated with allowing this matter to continue at this late juncture would not make more funds available for settlement, and any reason for the plaintiff, Pedro Cruz's unwillingness to effectuate the settlement he agreed to, other than the amount of money involved, is not apparent from the record. In other words, nothing good can come from the failure of this agreed-upon settlement.

Accordingly, the defendants object to the motion of Attorney Jon L. Schoenhorn to withdraw as counsel for the plaintiff, Pedro Cruz, and request, in the interests of justice, that all concerned work cooperatively to effectuate and enforce the settlement already agreed to, thereby obviating the need for the withdrawal of counsel and new counsel to appear on behalf of Pedro Cruz to bring this matter to trial.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANTS:
CHRISTOPHER MANNING;
CARLOS OCASIO; AND
FELIX ORTIZ

BY: _____
James J. Szerejko
Fed. Bar No. ct 04326
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

## CERTIFICATION

This is to certify that on this 20th day of February, 2007, the foregoing was either mailed, postpaid, or hand-delivered to:

Jon L. Schoenhorn, Esq.
Schoenhorn & Associates
108 Oak Street
Hartford, CT 06106

_____
James J. Szerejko

951917v.1
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

4

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105