UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY PIANKA;<br>PEDRO CRUZ;<br>    Plaintiffs<br><br>VS.<br><br>CHRISTOPHER MANNING;<br>CARLOS OCASIO;<br>FELIX ORTIZ;<br>    Defendants | CIVIL ACTION NO.<br>3:01 CV 153 (AWT)<br><br><br><br><br><br>FEBRUARY 20, 2007 |

**DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION TO RESTORE TO DOCKET AND/OR FOR RELIEF FROM SETTLEMENT**

The defendants, Christopher Manning, Carlos Ocasio and Felix Ortiz, hereby object to plaintiffs' Motion to Restore this matter to the Court's active docket and the plaintiffs' efforts to seek relief from the agreed-upon settlement, and state that same is for good cause as follows:

1.    Both plaintiffs, Pedro Cruz and Jeffrey Pianka, were present with their counsel at the settlement conference before United States Magistrate Judge Donna F. Martinez on December 12, 2006, as both had also attended two previous settlement conferences with counsel before Judge Martinez. This settlement was not the product of hasty decisions, as it had been the subject of two earlier settlement conferences over a period in excess of one year.

2.    <u>All parties</u> agreed to the instant settlement of this matter.

***ORAL ARGUMENT REQUESTED***



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

-2-

3. An appropriate Settlement Agreement and Release, and Stipulation to Dismiss were prepared by defense counsel and forwarded to plaintiffs' counsel on or about December 26, 2006.

4. On January 8, 2007, the Court of Common Council of the City of Hartford approved the terms of the settlement. The settlement draft was prepared and has been available to be tendered to plaintiffs' counsel as trustee for both plaintiffs as of January 8, 2007.

5. To date, undersigned counsel has not received a fully executed Settlement Agreement and Release and Stipulation to Dismiss, and is awaiting same before the tender of the settlement funds.

6. By a separate motion filed this date, the defendants seek enforcement of the settlement agreed to by all parties on December 12, 2006 before Magistrate Judge Donna F. Martinez.

WHEREFORE, for the foregoing reasons, the defendants object to the plaintiffs' Motion To Restore To Docket And/Or Relief From Settlement, and request that the Court require both plaintiffs to comply with the terms of the settlement agreed to, and execute the necessary documents to effectuate the settlement to conclude this matter.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

DEFENDANTS:
CHRISTOPHER MANNING;
CARLOS OCASIO; AND
FELIX ORTIZ

BY: /s/ James J. Szerejko
James J. Szerejko
Fed. Bar No. ct 04326
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

## CERTIFICATION

This is to certify that on this 20th day of February, 2007, the foregoing was either mailed, postpaid, or hand-delivered to:

Jon L. Schoenhorn, Esq.
Schoenhorn & Associates
108 Oak Street
Hartford, CT 06106

/s/ James J. Szerejko

-3-

951910v.1
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105