UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY PIANKA; <br> PEDRO CRUZ; <br>     Plaintiffs <br><br> VS. <br><br> CHRISTOPHER MANNING; <br> CARLOS OCASIO; <br> FELIX ORTIZ; <br>     Defendants | CIVIL ACTION NO. <br> 3:01 CV 153 (AWT) <br><br><br><br><br><br> FEBRUARY 20, 2007 |

### DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT

The defendants, Christopher Manning, Carlos Ocasio and Felix Ortiz, hereby move this Court, in accordance with the supporting memorandum of law, to enforce the settlement agreement entered into by all parties on December 12, 2006 before United States Magistrate Judge Donna F. Martinez, and request that a judgment of dismissal enter in accordance with the terms of said agreement.

***ORAL ARGUMENT REQUESTED***



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

-2-

>
> DEFENDANTS:
> CHRISTOPHER MANNING;
> CARLOS OCASIO; AND
> FELIX ORTIZ
>
> BY: _____
> James J. Szerejko
> Fed. Bar No. ct 04326
> HALLORAN & SAGE LLP
> One Goodwin Square
> Hartford, CT 06103
> Tele: (860) 522-6103

### CERTIFICATION

This is to certify that on this 20th day of February, 2007, the foregoing was either mailed, postpaid, or hand-delivered to:

Jon L. Schoenhorn, Esq.
Schoenhorn & Associates
108 Oak Street
Hartford, CT 06106


_____
James J. Szerejko

953504v.1
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

-2-

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105