# Schoenhorn & Favreau

108 Oak Street ■ Hartford, Connecticut ■ 06106-1514

Jon L. Schoenhorn* †
Pamala J. Favreau

* Also admitted in the District of Columbia
† National Board Certified Civil & Criminal Trial Specialist

**Attorneys at Law**

Telephone: (860) 278-3500
Fax: (860) 278-6393
www.schoenhorn.com

Vernon Office:
30 Lafayette Square - Suite 101
Vernon, CT 06066
(860) 875-3800

April 26, 2007

James Szjereko, Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103

Re: Pianka and Cruz v. Manny

Dear Attorney Szerejko:

Obviously it is taking Magistrate Judge Martinez more time than we thought to reach the outstanding issues concerning the (alleged) settlement in this matter.

In any event if, as you assert, this matter was settled in December, 2006, then I would like your confirmation that the funds in question have been deposited since January in an interest bearing account. Your clients should not be able to obtain the benefit of these fund if, in fact, as you assert they have been "paid" to my clients.

Very truly yours,

Jon L. Schoenhorn

JLS/sj