

# HALLORAN
# &SAGE LLP
ATTORNEYS AT LAW

**JAMES J. SZEREJKO**  Direct 860 297-4658  szerejko@halloran-sage.com
Board Certified Civil Trial Advocate

April 27, 2007

**VIA FACSIMILE AND
CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Jon Schoenhorn, Esq.
Schoenhorn & Associates
108 Oak Street
Hartford, CT 06106

    Re:    Pianka, et al v. City of Hartford, et al
          Our File No.    :    05645.0604

Dear Jon:

    I am in receipt of your correspondence of April 26, 2007 requesting that interest be paid on the agreed upon settlement amount for the above-captioned matter. Please be advised that there is no obligation on the part of my clients herein to tender the settlement funds to you until we are in receipt of the agreed upon Release and Settlement Agreement, duly executed by both plaintiffs, as well as the duly executed Stipulation to Dismiss. Absent your clients' performance of these settlement obligations, there is no basis to claim the funds, nor to seek interest.

    The documentation recently filed with the court does not reflect any representation that your clients have been paid. Rather, it is made clear that they will be paid upon the execution of the settlement agreement by both plaintiffs and the filing of a duly executed Stipulation to Dismiss.

Very truly yours,

James J. Szerejko

JJS/cmb

984661v.1

One Goodwin Square, 225 Asylum Street, Hartford, Connecticut 06103   860 522-6103   Fax 860 548-0006   www.halloran-sage.com
Hartford / Middletown / Westport / Washington, D.C.