UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY PIANKA; | : | |
| PEDRO CRUZ, | : | |
|     Plaintiffs | : | CIVIL ACTION NO. |
| | : | |
| | | 3:01 CV 153 (AWT) |
| VS. | : | |
| | : | |
| CHRISTOPHER MANNING; | : | |
| CARLOS OCASIO; | : | |
| FELIX ORTIZ, | : | |
|     Defendants | : | JUNE 13, 2007 |

**MOTION TO COMPEL DEPOSIT OF SETTLEMENT FUNDS**

The plaintiffs, by and through their attorney, Jon L. Schoenhorn, move this court, pursuant to Conn. Gen. Stat §52-195c; Federal Rule of Civil Procedure 67; and Connecticut Rules of Professional Conduct Rule 1.15; to compel counsel for the defendants to deposit funds due to the plaintiffs from a settlement purportedly reached on December 12, 2006 into an interest bearing escrow account. The defendants have not, to date, tendered any of the settlement proceeds.

In support hereof, the plaintiff states as follows:

1. On or about December 12, 2006, a settlement conference was held before United States Magistrate Judge Donna F. Martinez. At that time a dollar amount of the settlement of all claims was tendered to the plaintiffs and their counsel by the defendants. There is some disagreement by one of the plaintiffs as to whether an agreement was reached.

2. Since that time, the defendants have failed or refused to tender any of the settlement proceeds. Ostensibly because the second plaintiff, Pedro Cruz, has not signed the settlement agreement, the

defendants believe they are not obligated to tender any monies or escrow the money in an interest bearing account.

3. The plaintiffs' counsel filed a motion to withdraw as counsel for Pedro Cruz on January 31, 2007, and to return the matter to the active docket. The court has not yet acted upon either motion.

4. Since then, the defendants' failure to keep the funds in a separate, interest-bearing escrow account maintained in the State of Connecticut violates Rule 1.15(a) of the Connecticut Rules of Professional Conduct and Conn. Gen. Stat §52-195c. The defendants have obtained a benefit from the withholding of these funds, which they admit belong to the plaintiffs, but they will not disburse without the signature of Mr. Cruz. Failure to keep the settlement funds in a separate account until there is an accounting and severance of the interest, violates Rule 1.15(c) of the Connecticut Rules of Professional Conduct.

5. On or about April 26, 2007, the plaintiffs, through counsel, requested confirmation that the funds in question have been deposited since January in an interest bearing escrow account (See Exhibit A attached). On or about April 27, 2007, the defendants, through counsel, claimed they had no obligation to tender any funds and refused to take action (See Exhibit B attached).

6. The defendants assert that there is no basis for the plaintiff to claim the funds, nor to seek interest on the funds. However, the defendants' failure to deliver to the plaintiffs any settlement funds that they are entitled to receive, and having now exceeded thirty since plaintiff Pianka submitted a release, violates Rule 1.15 (b) of the Connecticut Rules of Professional Conduct and Conn. Gen Stat §52-195c(a).

7. In light of the defendants' refusal to comply within the thirty-day period, they are liable to the plaintiffs for a sum with an interest rate on the settlement proceeds of twelve percent per annum,

computed from the date such time limit expired, pursuant to Conn. Gen. Stat §52-195c(d).

8. The Defendants have declared the matter settled as of December 12, 2006 and plaintiff Pianka, at least, has complied with all pre-requisites under the Release and Settlement Agreement. Therefore, since the action has been brought, in part, under state common law torts, Conn. Gen. Stat §52-195c applies to the settlement amount in this case.

WHEREFORE, the defendant requests that this motion be granted.

THE PLAINTIFFS,
JEFFREY PIANKA and PEDRO CRUZ


By_____
JON L. SCHOENHORN, Esq.
Law Offices of Schoenhorn & Favreau
108 Oak Street
Hartford, CT 06106
Tel: (860) 278-3500
Federal Bar #CT00119

## CERTIFICATION

This is to certify that a copy of the foregoing was electronically transmitted and/or mailed to the following counsel of record on the date of this pleading:

David A. Ring
Assistant United States Attorney
141 Church Street
New Haven, CT 06510

_____
Jon L. Schoenhorn