UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY PIANKA and PEDRO CRUZ, : | | |
| Plaintiffs : | | CIVIL ACTION NO. |
| : | | |
| VS. : | | 3:01 CV 153 (AWT) |
| : | | |
| CHRISTOPHER MANNING; CARLOS : | | |
| OCASIO; and FELIX ORTIZ, : | | |
| Defendants : | | JULY 20, 2007 |

MOTION FOR PERMISSION TO FILE DOCUMENT UNDER SEAL

The plaintiffs move this court for permission to file the affidavit of counsel under seal. In support hereof, the undersigned states that the attached affidavit is being filed in order to comply with the order of the magistrate judge. Although a copy of said affidavit will be provided to defense counsel, information concerning communications with a client and reasons for counsel's motion to withdraw, should not be part of the public court record at this time.

WHEREFORE, the undersigned requests that the motion be granted.

THE PLAINTIFFS

BY:_____
Jon L. Schoenhorn, Their Attorney

**CERTIFICATION**

I hereby certify that a copy of the foregoing motion was electronically transmitted or mailed, postage pre-paid, on the date of this pleading, to Attorney James Szerejko, Halloran & Sage LLP, One Goodwin Square, Hartford, CT 06103, and to Pedro Cruz, 43 Brown Street 2nd floor, Hartford, CT 06114; and Jeffrey Pianka, 144 New Britain Avenue, Hartford, CT 06106.

_____
Jon L. Schoenhorn