UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY PIANKA and PEDRO CRUZ, | : | |
| Plaintiffs | : | CIVIL ACTION NO. |
| | : | |
| VS. | : | 3:01 CV 153 (AWT) |
| | : | |
| CHRISTOPHER MANNING; CARLOS | : | |
| OCASIO; and FELIX ORTIZ, | : | |
| Defendants | : | JULY 20, 2007 |

NOTICE OF FILING PROOF OF SERVICE

    The undersigned counsel for the plaintiffs, pursuant to the order of the Magistrate Judge, hereby certifies that he has served plaintiff Pedro Cruz with notice of the August 14, 2007 court hearing, as set forth in the attached written proof of service by a Connecticut State Marshal.

THE PLAINTIFFS

BY: _____
Jon L. Schoenhorn, Their Attorney

**CERTIFICATION**

    I hereby certify that a copy of the foregoing motion was electronically transmitted or mailed, postage pre-paid, on the date of this pleading, to Attorney James Szerejko, Halloran & Sage LLP, One Goodwin Square, Hartford, CT 06103, and to Pedro Cruz, 43 Brown Street 2nd floor, Hartford, CT 06114; and Jeffrey Pianka, 144 New Britain Avenue, Hartford, CT 06106.

_____
Jon L. Schoenhorn