OFFICER'S RETURN OF SERVICE-

STATE OF CONNECTICUT )
COUNTY OF HARTFORD ) SS: HARTFORD   JULY 17, 2007

By virtue hereof and by direction of the DEFENDANT or PLAINTIFF or by their Attorney I served true and attested copies of the within, original COURT TRIAL SCHEDULE

~~Into the hands of~~/ To the usual place of abode of:
PEDRO CRUZ  43 BROWN ST. HARTFORD, CT
2nd Floor

The enclosed is the original COURT TRIAL SCHEDULE

with my doings hereon endorsed.

FEE-

Service-  30.00
Copies-    1.00
Travel-   15.00
Endorse-    .80
TOTAL-  $46.80

ATTEST:

*John R. Griffin* (signature)
John R. Griffin
State Marshal
Hartford County

860-666-1971

Subj: **Activity in Case 3:01-cv-00153-AWT Pianka, et al v. Manning, et al Order**
Date: 7/11/2007 2:04:26 PM Eastern Daylight Time
From: CMECF@ctd.uscourts.gov
To: CMECF@ctd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**United States District Court for the District of Connecticut**

## Notice of Electronic Filing

The following transaction was entered on 7/11/2007 at 2:02 PM EDT and filed on 7/11/2007
**Case Name:** Pianka, et al v. Manning, et al
**Case Number:** 3:01-cv-153
**Filer:**
**Document Number:** 95(No document attached)

**Docket Text:**
ORDER AND CALENDAR: A hearing on all pending motions is scheduled for 8/14/2007 at 10:00 a.m. in the East Courtroom, 450 Main St., Hartford, CT before the undersigned. Plaintiffs Jeffrey Pianka and Pedro Cruz are required to be present at the hearing and are advised that the defendants seek to enforce a settlement agreement reached on December 12, 2006. Attorney Jon Schoenhorn is ordered to deliver a copy of this order to both plaintiffs. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Signed by Judge Donna F. Martinez on 7/11/07. (Turner, M.)

**3:01-cv-153 Notice has been electronically mailed to:**
Jon L. Schoenhorn  civlrights@aol.com, diona4dajon@yahoo.com, jlschoen99@aol.com
James J. Szerejko  szerejko@halloran-sage.com, bernier@halloran-sage.com

**3:01-cv-153 Notice has been delivered by other means to:**