# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY PIANKA and PEDRO CRUZ,<br>Plaintiffs | CIVIL ACTION NO. |
| VS. | 3:01 CV 153 (AWT) |
| CHRISTOPHER MANNING; CARLOS OCASIO; and FELIX ORTIZ,<br>Defendants | JULY 20, 2007 |

## SUPPLEMENTAL NOTICE OF FILING PROOF OF SERVICE

The undersigned counsel for the plaintiffs, pursuant to the order of the Magistrate Judge, hereby certifies that he has personally served plaintiff Jeffrey Pianka with the notice of the August 14, 2007 court hearing, as set forth in the attached signed acknowledgment by Mr. Pianka.

THE PLAINTIFFS

BY: _____
Jon L. Schoenhorn, Their Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing motion was electronically transmitted or mailed, postage pre-paid, on the date of this pleading, to Attorney James Szerejko, Halloran & Sage LLP, One Goodwin Square, Hartford, CT 06103, and to Pedro Cruz, 43 Brown Street 2nd floor, Hartford, CT 06114; and Jeffrey Pianka, 144 New Britain Avenue, Hartford, CT 06106.

_____
Jon L. Schoenhorn

JON L. SCHOENHORN & ASSOCIATES, LLC
ATTORNEYS AT LAW
108 OAK STREET ■ HARTFORD, CT 06106-1514 ■ TEL. (860) 278-3500 ■ JURIS NO. 406505 ■ FEDERAL BAR NO. ct 00119

Subj: **Activity in Case 3:01-cv-00153-AWT Pianka, et al v. Manning, et al Order**
Date: 7/11/2007 2:04:26 PM Eastern Daylight Time
From: CMECF@ctd.uscourts.gov
To: CMECF@ctd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

United States District Court for the District of Connecticut

## Notice of Electronic Filing

The following transaction was entered on 7/11/2007 at 2:02 PM EDT and filed on 7/11/2007
**Case Name:** Pianka, et al v. Manning, et al
**Case Number:** 3:01-cv-153
**Filer:**
**Document Number:** 95(No document attached)

**Docket Text:**
ORDER AND CALENDAR: A hearing on all pending motions is scheduled for 8/14/2007 at 10:00 a.m. in the East Courtroom, 450 Main St., Hartford, CT before the undersigned. Plaintiffs Jeffrey Pianka and Pedro Cruz are required to be present at the hearing and are advised that the defendants seek to enforce a settlement agreement reached on December 12, 2006. Attorney Jon Schoenhorn is ordered to deliver a copy of this order to both plaintiffs. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Signed by Judge Donna F. Martinez on 7/11/07. (Turner, M.)

**3:01-cv-153 Notice has been electronically mailed to:**
Jon L. Schoenhorn civlrights@aol.com, diona4dajon@yahoo.com, jlschoen99@aol.com
James J. Szerejko szerejko@halloran-sage.com, bernier@halloran-sage.com

**3:01-cv-153 Notice has been delivered by other means to:**

*Received in hand by Jeffrey Pianka on July 24, 2007*

_Jeffrey Pianka_