

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY PIANKA;<br>PEDRO CRUZ;<br>Plaintiffs<br><br>VS.<br><br>CHRISTOPHER MANNING;<br>CARLOS OCASIO;<br>FELIX ORTIZ;<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>3:01 CV 153 (AWT)<br><br><br><br><br><br>JULY 31, 2007 |

**MOTION FOR PERMISSION TO FILE DOCUMENT UNDER SEAL**

The defendants, Christopher Manning, Carlos Ocasio and Felix Ortiz, hereby move for permission to file an affidavit of undersigned counsel under seal this date. This affidavit is being submitted to the Court pursuant to the order of United States Magistrate Judge Donna F. Martinez for use at a hearing scheduled before the Court on August 14, 2007.

This is the defendants' first motion for permission to file a document under seal in this matter. An effort was made this date to contact plaintiffs' counsel concerning his position on this motion, and it was determined that he is away on vacation until August 6, 2007. As a result, counsel for the defendants is unable to indicate his position with regard to this motion.

WHEREFORE, for the undersigned reasons, the defendants request that this motion be granted and that the affidavit filed this date be sealed as requested.


DEFENDANTS:
CHRISTOPHER MANNING;
CARLOS OCASIO; AND
FELIX ORTIZ

BY: ______________________
James J. Szerejko
Fed. Bar No. ct 04326
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

**CERTIFICATION**

This is to certify that on this 31st day of July, 2007, the foregoing was either mailed, postpaid, or hand-delivered to:

Jon L. Schoenhorn, Esq.
Schoenhorn & Associates
108 Oak Street
Hartford, CT 06106

______________________
James J. Szerejko



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN & SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105