UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JEFFREY PIANKA;
PEDRO CRUZ;
    Plaintiffs

VS.

CHRISTOPHER MANNING;
CARLOS OCASIO;
FELIX ORTIZ;
    Defendants

CIVIL ACTION NO.
3:01 CV 153 (AWT)

JULY 31, 2007

## AFFIDAVIT OF COUNSEL FOR THE DEFENDANTS

The undersigned, James J. Szerejko, counsel for the defendants in the above-captioned matter, being duly sworn, hereby deposes and states as follows:

1. I am over the age of eighteen (18) years, and believe in and understand the obligations of an oath.

2. At all relevant times, I have represented the defendants, Christopher Manning, Carlos Ocasio and Felix Ortiz, in the above-captioned matter.

3. I am submitting this affidavit to the Court on behalf of the defendants pursuant to a court order to support the position of the defendants with regard to their Motion to Enforce Settlement Agreement and plaintiffs' Motion to Restore this matter to the case docket.

4. The above-captioned matter was the subject of three settlement conferences before United States Magistrate Judge Martinez.

5. At the last of these, on December 12, 2006, with both plaintiffs herein present, a settlement was reached and agreed to by all parties.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

6. It was reported at that time that the terms of the settlement would be submitted to the Court of Common Council of the City of Hartford at its very next meeting on January 8, 2007.

7. A Settlement Agreement and Release, and Stipulation to Dismiss were prepared by undersigned counsel and forwarded to plaintiffs' counsel on or about December 26, 2006.

8. On January 8, 2007, the Court of Common Council of the City of Hartford approved the terms of the settlement reached by the parties before this Court on December 12, 2006.

9. A settlement draft the for the agreed-upon amount was prepared and has been available to be tendered to plaintiffs' counsel as trustee for both plaintiffs as of January 8, 2007.

10. To date, undersigned counsel has not received a fully executed Settlement Agreement and Release (signed by both plaintiffs) and a Stipulation to Dismiss, executed by counsel for the plaintiffs.

11. It has been made clear by correspondence to plaintiffs' counsel that the settlement draft will not be tendered to plaintiffs' counsel until receipt by defendants' counsel of the fully executed Settlement Agreement and Release and Stipulation to Dismiss.

12. It is the position of the defendants and their counsel that the parties entered into a settlement on December 12, 2006 based upon discussions with this Court and counsel for the plaintiffs on that date.

-2-

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

13. The defendants, through counsel, and the Corporation Counsel of the City of Hartford, bargained for and achieved the settlement herein that avoided an imminent trial. The agreement reached was for a stated sum to end this lawsuit.

14. After discussion with the respective parties' counsel, United States Magistrate Judge Martinez reported that we did have a settlement for the agreed-upon sum on December 12, 2006.

15. Thereafter, on December 12, 2006, plaintiffs' counsel confirmed, on behalf of his clients, that a settlement agreement had been reached as to the agreed-upon sum.

16. The undersigned counsel for the defendants and Hartford's Corporation Counsel, John Rose, Jr., left the courthouse on December 12, 2006 with the clear understanding that this matter had been settled.

I have read the above and believe that the information set forth herein is true and accurate to the best of my knowledge and belief.

*James J. Szerejko*

Subscribed and sworn to, before me, this 31st day of July, 2007.

*Michael C. Collins*
~~Notary Public~~ Michael C. Collins
Commissioner Superior Court

-3-

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105